RECEIVED
IN MONROE, LA.

APR 04 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| CORTEZ DEON ELIE<br>LA. DOC #500542 | CIVIL ACTION NO. 3:11-cv-1454 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| SHERIFF MARK SHUMATE, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendants East Carroll Detention Center; Sheriff Mark Shumate; Warden Ronnie Harris; and Corrections Officers Jones, Hutseal, Gus, and Danny be **DISMISSED WITH PREJUDICE** for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

MONROE, LOUISIANA, this **3** day of **April**, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE