

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 11/8/12

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **CORTEZ DEON ELIE** | **CIVIL ACTION NO. 11-1454** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **SHERIFF MARK SHUMATE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against remaining Defendants James Binder and Wayne Robinson are hereby **DISMISSED WITHOUT PREJUDICE.** Within the next 30 days from the date of this judgment, and for good cause shown, Plaintiff may seek to reinstate his action against James Binder and Wayne Robinson.

MONROE, LOUISIANA, this 1 day of November, 2012.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE